

| ZACHARY W. CARTER | THE CITY OF NEW YORK | OKWEDE N. OKOH |
| --- | --- | --- |
| *Corporation Counsel* | **LAW DEPARTMENT** | *Assistant Corporation Counsel* |
| | 100 CHURCH STREET | phone: (212) 356-3271 |
| | NEW YORK, NY 10007 | fax: (212) 356-3509 |
| | | email: ookoh@law.nyc.gov |

May 18, 2016

VIA ECF
Honorable Judge Katherine P. Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:  <u>Dax Camara Jackson v. City of New York; P.O. Amadeo Oktrova, Det. Paul Urquiaga and Sgt. Robert Barnett; 15 cv 5951 (KPF)(KNF)</u>

Dear Judge Failla:

      I am an Assistant Corporation Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, and the attorney assigned to the above-referenced matter. I write to inform the Court that the parties have reached an agreement in principal to resolve this matter. Thank you for your consideration herein.

      Best,

      /s/

      Okwede N. Okoh
      Assistant Corporation Counsel
      Special Federal Litigation Division